**NOT FOR PRINTED PUBLICATION**

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| RICKY WILLIAMS<br>*Plaintiff,*<br><br>v.<br><br>TANG, INC. AND LENG TANG<br>*Defendants.* | §<br>§<br>§   CIVIL ACTION NO. 9:20-CV-76<br>§<br>§   JUDGE RON CLARK<br>§<br>§<br>§ |

## ORDER DISMISSING CASE WITHOUT PREJUDICE

Before the court is Plaintiff's Motion for Voluntary Dismissal without Prejudice. (Dkt. #19). The parties seek a dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41. The court is of the opinion that it should grant this motion.

It is therefore **ORDERED** that Plaintiff's Motion for Voluntary Dismissal without Prejudice (Dkt. #19) is **GRANTED**.

**IT IS FURTHER ORDERED** that in accordance with the Plaintiff's motion, all claims asserted herein are **DISMISSED** without prejudice. Accordingly, all remaining deadlines, trial settings, and pending motions are **TERMINATED.** This case is **CLOSED**, and this constitutes a final judgment for appeal purposes.

So ORDERED and SIGNED, Jun 13, 2021.

_____
Ron Clark
Senior Judge

1